**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

JOSHUA A. HILBURN,                                                                                    PLAINTIFF
ADC #145777

v.                                            NO. 1:13CV00089 JLH-JTR

JOHN MAPLES, Jr.,
Former Warden, Grimes Unit, ADC, *et al.*                                            DEFENDANTS

**ORDER**

Joshua A. Hilburn has filed a motion stating that he wishes to voluntarily dismiss his claims against Shirley Gatlin and Brandi Johnson because he has not properly exhausted his administrative remedies against them. Document #32. The Court finds good cause for granting that request. Accordingly, the motion for partial voluntary dismissal is granted, and Hilburn's claims against Gatlin and Johnson are dismissed without prejudice. The Court certifies that an *in forma pauperis* appeal from this Order would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

IT IS SO ORDERED this 18th day of February, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE