## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

JOSHUA A. HILBURN,
ADC #145777                                                         PLAINTIFF

V.                          1:13CV00089 JLH/JTR

JOHN MAPLES, JR.,
Former Warden, Grimes Unit, ADC, et al.                    DEFENDANTS

### PROPOSED FINDINGS AND RECOMMENDED DISPOSITION

### INSTRUCTIONS

The following recommended disposition has been sent to United States District

Judge J. Leon Holmes.  Any party may serve and file written objections to this

recommendation.  Objections should be specific and should include the factual or

legal basis for the objection.  If the objection is to a factual finding, specifically

identify that finding and the evidence that supports your objection.  An original and

one copy of your objections must be received in the office of the United States District

Clerk no later than fourteen (14) days from the date of the findings and

recommendations.  The copy will be furnished to the opposing party.  Failure to file

timely objections may result in waiver of the right to appeal questions of fact.

If you are objecting to the recommendation and also desire to submit new,

different, or additional evidence, and to have a hearing for this purpose before the

United States District Judge, you must, at the same time that you file your written

objections, include a "Statement of Necessity" that sets forth the following:

1.  Why the record made before the Magistrate Judge is inadequate.

2.  Why the evidence to be proffered at the requested hearing
    before the United States District Judge was not offered at
    the hearing before the Magistrate Judge.

3.  An offer of proof setting forth the details of any testimony
    or other evidence (including copies of any documents)
    desired to be introduced at the requested hearing before the
    United States District Judge.

From this submission, the United States District Judge will determine the necessity

for an additional evidentiary hearing, either before the Magistrate Judge or before the

District Judge.

Mail your objections and "Statement of Necessity" to:

> Clerk, United States District Court
> Eastern District of Arkansas
> 600 West Capitol Avenue, Suite A149
> Little Rock, AR 72201-3325

## Disposition

Plaintiff, Joshua A. Hilburn, filed this *pro se* § 1983 action alleging that the

named Defendants violated his Eighth Amendment rights by failing to protect him

from an assault by other inmates. *Doc. 2-1 at 24.*

On June 19 and 20, 2014, Defendants filed two separate Motions for Summary

Judgment (Docs. 48, 51) seeking the dismissal of all of Plaintiff's claims.[1] On June 27, 2014 the Court entered an Order (Doc. 55) directing Plaintiff to respond to each of Defendants' Motions for Summary Judgment. *Doc. 55 at 1.* That Order also directed Plaintiff to file a Statement of Disputed Facts specifying which of the factual assertions in Defendants' Statements of Undisputed Facts (Docs. 49, 52) he disputed and listing any other disputed facts he believed must be resolved at a trial or hearing. *Id. at 1-2.* Plaintiff was cautioned that his failure to fully comply with the Court's Order would result in either: (1) all facts in Defendants' summary judgment papers being deemed admitted by him, pursuant to Local Rule 56.1(c), or (2) the dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2). *Id. at 2-3.*

As of the date of this Recommended Disposition, Plaintiff has not submitted a Response to either of Defendants' Motions, or requested an extension of time to do so. Accordingly, the Court recommends that: (1) this case be dismissed, without prejudice, pursuant to Local Rule 5.5(c)(2); and (2) all pending motions be denied as moot.

---

[1]The first Motion for Summary Judgment (Doc. 48) is filed on behalf of Defendants Christopher T. Budnik, Antonio Garcia, Jr., Richard L. Guy, John Maples, Jr., Nicholas C. Naracon, and Raylina Ramsey. The second Motion for Summary Judgment (Doc. 51) is filed on behalf of Defendant Billy Cowell. Both motions were accompanied by Statements of Undisputed Facts (Docs. 49, 52).

IT IS THEREFORE RECOMMENDED THAT:

1.      Plaintiff's Complaint (Doc. No. 2) be DISMISSED WITHOUT PREJUDICE pursuant to Local Rule 5.5(c)(2).

2.      All pending motions be DENIED as moot.

3.      The Court CERTIFY, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from any Order adopting this Recommended Disposition would not be taken in good faith.

Dated this 29<u>th</u> day of August, 2014.


_____
UNITED STATES MAGISTRATE JUDGE