# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

JOSHUA A. HILBURN,                                                                                                PLAINTIFF
ADC #145777

v.                              No. 1:13CV00089 JLH/JTR

JOHN MAPLES, JR.,
Former Warden, Grimes Unit, ADC, et al.                                                      DEFENDANTS

## ORDER

The Court has reviewed the Proposed Findings and Recommended Disposition submitted by United States Magistrate Judge Thomas J. Ray. No objections have been filed. After careful consideration, the Court concludes that the Proposed Findings and Recommended Disposition should be, and hereby are, approved and adopted in their entirety as this Court's findings in all respects.

IT IS THEREFORE ORDERED that:

1. Plaintiff's complaint is dismissed without prejudice pursuant to Local Rule 5.5(c)(2).

2. All pending motions are denied as moot.

3. The Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal would not be taken in good faith.

DATED this 22nd day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE