**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION**

JOSHUA A. HILBURN,                                                                              PLAINTIFF
ADC #145777

v.                                       No. 1:13CV00089 JLH/JTR

JOHN MAPLES, JR.,
Former Warden, Grimes Unit, ADC, et al.                                          DEFENDANTS

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, judgment is entered in favor of the defendants. The case is dismissed without prejudice, and the Court certifies that an *in forma pauperis* appeal would not be taken in good faith.

IT IS SO ORDERED this 22nd day of September, 2014.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE